341 F.2d 299
 George BANKSTON, Appellant,
v.
AETNA CASUALTY AND SURETY CO., HARTFORD, CONNECTICUT, Appellee.
 No. 21461.
 United States Court of Appeals Fifth Circuit.
 Feb. 18, 1965.
 
 L. B. Ponder, Jr., Ponder & Ponder and J. Lynn Ponder, Amite, La., for appellant.
 Iddo Pittman, Jr., and Pittman & Matheny, Hammond, La., for appellee.
 Before WISDOM and GEWIN, Circuit Judges, and BOOTLE, District Judge.
 PER CURIAM:
 
 
 1
 Judgment affirmed.